UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Ko & Associates, LLC
BY: Kyungjoo Park, Esq.
460 Bergen Boulevard, Suite 230
Palisades Park, New Jersey 07650-2300
201-346-0303
Attorney for Defendant(s)

| | |
|---|---|
| HEADGEAR, INC.,<br>PLAINTIFF<br><br>V.<br><br>WOOD FARM USA CORP.,<br>DEFENDANT | Civil Action<br>No.: 2:08-CV-04481-PGS-ES |

ORDER GRANTING WITHDRAWAL OF APPEARANCE and
AUTHORIZING CONTINUNANCE

On September 28, 2009, the motion of Kyungjoo Park and Hong K. Jung for leave to withdraw their appearance as attorney on behalf of Defendant WOOD FARM USA CORP. was presented for consideration. The Court has considered the motion and the arguments of counsels, if any, and, for good cause shown, is of the opinion that the motion for leave to withdraw their appearance should be granted.

IT IS on this _____ day of _____, 2009,

1. ORDERED that the motion of Kyungjoo Park and Hong K. Jung for leave to withdraw their appearance as attorney of record for defendant WOOD FARM USA CORP., be, and the same is, hereby granted.

1

2. FURTHER ORDERED that ~~this case be continued to permit~~ Defendant WOOD FARM USA CORP. **has until November 16, 2009** ~~days~~ to employ other counsel.

3. FURTHER ORDERED that a copy of this Order be served upon all parties within **7** days of the date hereof, **via certified mail.**

**4. FURTHER ORDERED that an in person status conference with clients is hereby scheduled for November 16, 2009 at 2:00pm.**

Dated: **October 7**, 2009

_____
Hon. Esther Salas, U.S.M.J.